RECEIVED
In chambers of
U.S. Magistrate Judge
E. Thomas Boyle

JAN 12 2010

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JAN 07 2010

LONG ISLAND OFFICE

Richard King
72111 053 (97546131)
Box 6500
Florence AZ 85132

December 31, 2009

Clerk of the Court
United States District Court
824 Federal Plaza
Central Islip N.Y. 11722

Re: U.S. v. King CR 08-0029-M

Dear Sir

Please be advised that I am currently incarcerated at the above address. However during the pendency of the above captioned matter I expect to be moved by the U.S. Marshals. Therefore in the event mail addressed to me is returned to you please forward same to Richard King c/o Patricia King PO Box 413 Brightwaters N.Y. 11718.

Thank You for Your assistance in this matter

Sincerely

RKing 12 31 09
Richard King